AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Albertha Steed, Juval Steed, and Dantuine Turner

V.

City of New York, Tony Leon, John Fishetti, James Smith, Michael Ruzzi, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 9839

Judge Berman

TO: (Name and address of Defendant)

City of New York
100 Church Street
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

NOV 0 6 2007

CLERK / DATE

(By) DEPUTY CLERK