# LEVENTHAL & KLEIN, LLP
### ATTORNEYS AT LAW
### 45 MAIN STREET, SUITE 230
### BROOKLYN, NY 11201

JASON LEVENTHAL, JR.
BRETT H. KLEIN

ALISON E. GUGEL

T (718) 722-4100
F (718) 522-3225

60 BAY STREET, SUITE 701
STATEN ISLAND, NY 10301

RECEIVED JAN 25 2008 RICHARD M. BERMAN U.S.D.J.

January 25, 2008

**BY FACSIMILE**

The Honorable Richard M. Berman
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *Albertha Steed et al. v. City of New York et al.*, 07 CV 9839 (RMB)

Your Honor:

I represent the plaintiffs in the above-referenced civil rights action. This is a joint request by the parties to adjourn the initial conference from January 28, 2008 at 9:30 a.m., to a date that is convenient for the Court approximately thirty days thereafter.

The reason for this request is that the parties are working together to complete service on the five individually named NYPD officers. Without their service information from defense counsel, we remain unable to complete service. It is my understanding from defense counsel that the service information has been collected and will be transmitted early next week. Additional time is necessary for service to be completed, and for the defendants to resolve legal representation issues with the New York City Law Department.

Accordingly, the parties respectfully request this thirty day adjournment of the initial conference so that all parties can appear before the Court through counsel in March after issue has been joined.

Thank you for your consideration.

Respectfully submitted,

Brett H. Klein

cc: A.C.C. Steve Stavridis

*Handwritten endorsement:* ADJOURNED TO 9:00 A.M ON 2/28/08. FINAL.

SO ORDERED:
Date: 1/25/08
Richard M. Berman
**Richard M. Berman, U.S.D.J.**

www.LEVKLEIN.com

01/25/08 FRI 17:59 [TX/RX NO 8081]