UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Steed, et al.            Plaintiff(s),

- v -

City of New York, et al.
                         Defendant(s).
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

**Case Management Plan**

07 CV. 9839 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by ___4-18-08___

(ii) Amend the pleadings by ___4-18-08___

(iii) All discovery to be expeditiously completed by ~~7/28/08~~ (Fact + Expert)

(iv) Consent to Proceed before Magistrate Judge ___Not at this time___

(v) Status of settlement discussions ___preliminary___ 7/30/08 @ 9:15 AM with principals

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions_____

(vii) Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix) Final Pre-Trial Conference_____

(x) Trial_____

(xi) Other_____


SO ORDERED: New York, New York
___2/28/08___

RMB
_____
Hon. Richard M. Berman, U.S.D.J.