AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Albertha Steed, Juval Steed, and Dantuine Turner

V.

City of New York, Tony Leon, John Fishetti, James Smith, Michael Ruzzi, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 9839 (RMB)

TO: (Name and address of Defendant)

Officer Michael Ruzzi (Shield No. 04394)
c/o NYPD, 42nd Detective Squad
2 East 169th Street
Bronx, N.Y.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _____

DATE  NOV 0 6 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 2/29/08 |
| NAME OF SERVER (PRINT) Luis Agostini | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o NYPD, 42nd Detective Squad, 830 Washington Ave. Bronx, NY 10451

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Sgt. Thompson, coworker to the defendant M/B/B/50/6'0"/220

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/3/08
           Date

Signature of Server
Luis Agostini / Lic.# 1027732

305 Ford St. #9CR Bronx, NY 10457
Address of Server

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.