UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALBERTHA STEED, et al.,

                Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------x

ORDER OF REFERENCE TO
A MAGISTRATE JUDGE

07 CIVIL 9839 (RMB) (DFE)

FILED: 7/29/08

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
All Such Motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
July 29, 2008

RICHARD M. BERMAN, U.S.D.J.