# LEVENTHAL & KLEIN, LLP
ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

T (718) 722-4100
F (718) 522-3225

JASON LEVENTHAL, JR.
BRETT H. KLEIN
ADMITTED IN NY & NJ

60 BAY STREET, SUITE 701
STATEN ISLAND, NY 10301

**MEMO ENDORSED p.2**

July 28, 2008

**BY HAND**

The Honorable Richard M. Berman
United States District Judge
500 Pearl Street
New York, New York 10007

Re:   *Albertha Steed et al. v. City of New York et al.*, 07 CV 9839 (RMB)

Your Honor:

I represent the plaintiffs in the above-referenced civil rights action. This is a joint request by the parties to (1) extend the deadline for discovery from July 28, 2008 to October 31, 2008, (2) to adjourn the status settlement conference currently set for July 30, 2008, and (3) to request that the matter be referred to the assigned magistrate judge for settlement purposes. This is the first such request by the parties.

There are several reasons for this request. First, as the Court may recall, although plaintiffs amended their complaint a few months ago, we have had difficulty obtaining correct service information for some of the police officer defendants. We believe we have this issue tentatively resolved, but require time to complete any outstanding service, and for the individual defendants to thereafter resolve legal representation issues with the New York City Law Department.

Further, although the parties have exchanged documents, they are in the process of working out outstanding disclosure issues that should be resolved prior to depositions being completed. While there are no disputes that require judicial intervention at this time, additional time is required for all such matters to be resolved.

Finally, because there are many depositions that need to be taken for this case to be trial ready, the parties submit that a referral to Magistrate Judge Eaton at this time may facilitate a settlement without the need for costly discovery for both sides. If the parties are not successful in settling the case over the next few weeks, the parties anticipate that the remaining time in their proposed schedule should be ample to complete any outstanding discovery.

LEVENTHAL & KLEIN, LLP
Steed, et al. v. City of New York, et al., 07 CV 9839 (RMB)

Accordingly, the parties respectfully request the following relief:

(1) That discovery be extended from July 28, 2008 to October 31, 2008;
(2) that the status settlement conference scheduled for July 30, 2008 be adjourned to a date that is convenient for the Court after the close of discovery; and
(3) that the Court refer this case to the assigned magistrate judge for settlement purposes.

Thank you for your consideration.

Respectfully submitted,

Brett H. Klein

Brett. H. Klein

cc: A.C.C. Steve Stavridis

> Conference adjourned to 9/8/08 at 11:30 a.m. Pursue discovery issues with Magistrate Judge Eaton.
>
> SO ORDERED:
> Date: 7/29/08
> Richard M. Berman, U.S.D.J.