# LEVENTHAL & KLEIN, LLP
ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

JASON LEVENTHAL, JR.
BRETT H. KLEIN

ADMITTED IN NY & NJ

T (718) 722-4100
F (718) 522-3225

60 BAY STREET, SUITE 701
STATEN ISLAND, NY 10301

September 4, 2008

**BY HAND**

The Honorable Richard M. Berman
United States District Judge
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

Re:   *Albertha Steed et al. v. City of New York et al.*, 07 CV 9839 (RMB)(DFE)

Your Honor:

I represent the plaintiffs in the above-referenced civil rights action. This is a joint request by the parties to adjourn the conference scheduled for September 8, 2008 at 11:30 a.m. to a date and time convenient for the Court after the close of discovery, or at such other time as the Court deems appropriate.

As the Court may recall, this action was referred to Magistrate Judge Douglas F. Eaton for general pretrial supervision and settlement. By Order dated September 3, 2008, Magistrate Judge Eaton extended the discovery cutoff in this case to October 31, 2008. Further, a settlement conference before Magistrate Judge Eaton is scheduled for September 15, 2008.

In light of the foregoing, the parties respectfully request that the conference scheduled for September 8, 2008 at 11:30 a.m. be adjourned pending the completion of the upcoming settlement conference and any outstanding discovery.

Thank you for your consideration.

Respectfully submitted,

Brett. H. Klein

Application granted. Conference adjourned to 11/4/08 at 9:00 a.m.

SO ORDERED:
Date: 9/4/08
Richard M. Berman, U.S.D.J.

cc:   A.C.C. Steve Stavridis